MARY. E. RICHARDS, Respondent, *v.* FRANCIS H. STILLMAN et al., Respondents, and SARAH G. WATSON, as Executrix of THOMAS H. WATSON, Deceased, Appellant.

*Richards* v. *Stillman,* 57 App. Div. 182, affirmed.
(Argued October 22, 1902; decided November 11, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 29, 1901, affirming a judgment directing the appellant herein to pay costs arising in an action to foreclose a mortgage.

*Barclay E. V. McCarty* and *Jared G. Baldwin, Jr.,* for appellant.

*Frank M. Tichenor* for plaintiff, respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.

---

THE HOME BANK, Appellant, *v.* JOHN A. GARVER, as Assignee of J. B. BREWSTER & Co., Respondent, Impleaded with Another.

*Home Bank* v. *Garver,* 58 App. Div. 618, affirmed.
(Argued October 23, 1902; decided November 11, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 16, 1901, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term.

*William C. Beecher, William B. Putney, Henry B. Twombly* and *Richard B. Kelly* for appellant.

*John A. Garver* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.